JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL AVERY JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>STERLING HALEY, et al.<br><br>    Defendants. | Case No. 2:18-CV-03947-MWF-DFM<br><br>**ORDER**<br><br>Honorable Michael W. Fitzgerald |

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41. The Stipulation of Dismissal is with prejudice and is signed by Quinnell Avery Johnson, in Pro Se, and counsel for Defendants—the County of Los Angeles, Carlos Sutton, and Sterling Haley (collectively, "County Defendants")—who have appeared in the action.

IT IS THEREFORE ORDERED that:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Quinnell Avery Johnson and the County Defendants, by their undersigned attorneys, stipulate that this action is dismissed with prejudice.

///
///
///
///

2. Each party shall bear his own attorney's fees, including attorney fees per 42 USC Section 1988, costs, and expenses incurred by or on behalf of said party in connection with this action.

3.

**IT IS SO ORDERED.**

Dated: May 29, 2020

DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE